UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| ANGELA BERNAL, | ) ED CV 07-1328-SH |
| | ) |
| Plaintiff, | ) JUDGMENT |
| | ) |
| vs. | ) |
| | ) |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION J | ) |
| Defendant, | ) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and plaintiff's Complaint is dismissed.

DATED: September 26, 2008

/ s /
_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE